| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 28 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AMERICAN VAPOR GROUP, LLC and RED STAR VAPOR,

        Petitioners,

 v.

UNITED STATES FOOD AND DRUG ADMINISTRATION; et al.,

        Respondents.

No. 24-7374

Food and Drug Administration

ORDER

      The motion (Docket Entry No. 11) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

      Appellate proceedings are stayed until resolution of *FDA v. Wages & White Lion Investments, LLC*, Sup. Ct. Dkt. No. 23-1038, and *Lotus Vaping Technologies, LLC v. FDA*, Sup. Ct. Dkt. No. 23-871, or until further order of this court.

      Respondent must file a status report on April 10, 2025, and every 90 days thereafter while the above-mentioned cases remain pending. Status reports should include any change in the status the cases and the estimated date of resolution, if known.

      Respondent must file a status report and motion for further relief within 7 days of the resolution of the above-mentioned cases.

Failure to file a status report may terminate the stay of appellate proceedings.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT